

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2014

No. 04-14-00804-CV

**IN RE BEXAR COUNTY CRIMINAL DISTRICT ATTORNEY'S OFFICE**,
Jonathan Watkins and Thomas Velez

Original Mandamus Proceeding[1]

### ORDER

On November 19, 2014, relators filed a petition for a writ of mandamus. The court has considered relators' petition and has determined that relators are entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Solomon Casseb III is ORDERED to vacate the orders dated June 2 and September 16, 2014. The writ will issue only if we are notified that Judge Casseb has not done so within fifteen days of the date of this order.

It is so **ORDERED** on December 31, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2014-CI-05810, styled *State of Texas for the Protection of Janessa Brown v. Stephen F. Brown Jr.*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Solomon Casseb III presiding.